UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
Attorneys for Defendant Terrance Mills

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-86 (KSH) |
| v. | |
| TERRANCE MILLS, <br>   a/k/a "Taddow", | **CONSENT ORDER <br> FOR MODIFICATION OF <br> CONDITIONS OF RELEASE** |
| Defendant. | Electronically Filed |

**THIS MATTER** having come before the Court upon the application of the Defendant, Terrance Mills, by his attorneys, Arseneault, Whipple, Farmer, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), for an Order modifying Defendant's conditions of release, and the United States (Eric T. Kanefsky, Esq., Assistant United States Attorney) having consented to the application, and upon notice to the Office of Pretrial Services and Pretrial Services having consented to the application, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

IT IS on this _17th_ day of _March_, 2009 HEREBY ORDERED:

1. The third party custodian Chastity Rowe-Mills is hereby relieved from her duties as a third party custodian;

2. Aaron Freeman shall be substituted as the third party custodian of record; and

3. The Defendant shall maintain a residence as approved by Pretrial Services.

**IT IS HEREBY FURTHER ORDERED** that all other conditions of release shall remain in full force and effect.

HONORABLE ~~CLAIRE C. CECCHI~~ Katharine S. Hayden
United States ~~Magistrate Judge~~ District Judge

**CONSENTED TO:**

RALPH J. MARRA, JR.,
ACTING UNITED STATES ATTORNEY

By: _____
Eric T. Kanefsky, Esq.
Assistant United States Attorney


ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant Terrance Mills

By: _____
John C. Whipple, Esq.