UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE, FARMER,**
**FASSETT & AZZARELLO, LLP**
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
**Attorneys for Defendant Terrance Mills**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-86 |
| v. | |
| TERRANCE MILLS,<br>a/k/a "Taddow", | **CONSENT ORDER<br>FOR MODIFICATION OF<br>CONDITIONS OF RELEASE** |
| Defendant. | Electronically Filed |

**THIS MATTER** having come before the Court upon the application of the Defendant, Terrance Mills, by his attorneys, Arseneault, Whipple, Farmer, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), for an Order modifying Defendant's conditions of release, and the United States (Rodney Villazor, Esq., Assistant United States Attorney) having consented to the application, and upon notice to the Office of Pretrial Services and Pretrial Services having consented to the application, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

IT IS on this 7th day of May, 2009 HEREBY ORDERED that Defendant Terrance Mills shall be released from electronic monitoring supervision.

**IT IS HEREBY FURTHER ORDERED** that all other conditions of release shall remain in full force and effect.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

**CONSENTED TO:**

RALPH J. MARRA, JR.,
ACTING UNITED STATES ATTORNEY

By: _____
Rodney Villazor, Esq.
Assistant United States Attorney


ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant Terrance Mills

By: _____
John C. Whipple, Esq.