PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Terrance Mills                Docket No. Cr # 09-86-5

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Angel L. Matos** Pretrial Services Officer, before the **Honorable Katharine S. Hayden**, sitting at the U.S. District Court for New Jersey, and presenting an official report upon the conduct of defendant **Terrance Mills**. The defendant had his Initial Appearance before U.S. Magistrate Judge Claire C. Cecchi on **November 20, 2008** and he consented to detention without prejudice. On **January 7, 2009,** Judge Cecchi executed a Consent Order and set bail under the terms that follow. On **May 7, 2009**, the defendant plead guilty to an Information and he is presently awaiting sentencing which has been scheduled for **September 9, 2009.**

Judge Cecchi ordered the following bail and release conditions:

$100,000 bond partially secured by jewelry valued at $5,300 and co-signed by his wife, Chastity Mills. The following release conditions were ordered:

1. Defendant will be placed on electronic monitoring, and will remain at his residence at all times except for the following reasons: attorney meetings; court appearances; medical treatment, and leave for drop off and pick up of children at their school as authorized by Pretrial Services. The defendant shall pay all or part of the cost of electronic monitoring, based upon his ability to pay as determined by the Court and the Pretrial Services Agency.
2. The defendant shall reside with his wife at 530B South 19th St, Newark, New Jersey 07103.
3. Defendant's travel shall be limited to New Jersey.
4. The defendant shall submit to substance abuse testing and treatment as deemed appropriate by Pretrial Services.
5. The defendant shall address any and all outstanding warrants within five business days of his release.
6. The defendant's wife will act as third party custodian.

On **May 7, 2009**, and subsequent to the defendant's guilty plea, the Court modified the conditions of release by removing the electronic monitoring in this case. All other conditions were left as originally ordered.

**PETITION**
Page 2

Respectfully presenting petition for action of Court and for cause as follows:

*Praying that the court will order a Bail Violation Hearing.* ✱

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |

Considered and ordered this
___5th___ day of ___June___,
_____ and ordered filed and made a part of the records in the above case.

Executed on ___6/4/09___

_____
Hon. Katharine S. Hayden
U.S. District Judge

_____
Angel L. Matos
U.S. Pretrial Services Officer

✱ Bail violation hearing is scheduled for June 25, 2009 at 10:00 a.m.