UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-086 (KSH)**

UNITED STATES OF AMERICA v. **Terrence Mills**
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Terrence Mills, SBI# 689420B, DOB:          1971**, is now confined in Union County Jail.

2. **Terrence Mills, SBI# 689420B, DOB:          1971**, will be required at the United States District Court in Newark, New Jersey on Thursday, July 9, 2009, at 10:00 a.m. for a Violation of Pre-Trial Conditions before the Honorable Katharine S. Hayden in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   July 7, 2009          /s/  Rodney Villazor
                               Rodney Villazor
                               Assistant United States Attorney
                               Petitioner - (973)645-2823

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 7/7/09                  _____
                               HON. KATHARINE S. HAYDEN
                               UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Union County Jail.
We Command You that you have the body of **Terrence Mills, SBI# 689420B, DOB:          1971** (by whatever name called or charged) now confined in Union County Jail brought to the United States District Court in Newark, New Jersey on Thursday, July 9, 2009, at 10:00 a.m. for a Violation of Pre-Trial Conditions in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
         United States District Judge at Newark, N.J.

DATED: 7/7/09                  WILLIAM T. WALSH
                               Clerk of the U.S. District Court
                               for the District of New Jersey

                               Per: _____
                                    Deputy Clerk