UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-cr-86 (KSH) |
| vs. | : | Hon. Katharine S. Hayden |
| TERRANCE MILLS | : | DETENTION ORDER |

This matter having been opened to the Court on motion of the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Rodney C. Villazor, Assistant United States Attorney, appearing), in the presence of John C. Whipple, Esq., attorney for defendant Terrance Mills, for an order pursuant to Title 18, United States Code, Section 3142(e), detaining defendant Terrance Mills without bail pending sentencing in the above-entitled matter, and the Court having considered the presentations of counsel on July 22, 2009, the Court makes the following findings:

1.  On February 11, 2009, an Indictment was filed charging defendant Mills, among others, with knowing and intentionally distributing and possessing with intent to distribute a quantity of heroin, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(C).

2.  On January 7, 2009, Magistrate Judge Claire C. Cecchi granted the parties' consent motion for bail.  On March 18, 2009 and May 11, 2009, the Court ordered modifications to defendant Mills' conditions of pretrial release.

3.  Based upon the Pretrial Services Report and

representations of counsel, the Court finds defendant Mills violated the terms of his pretrial release conditions, to wit, defendant Mills was arrested by state law enforcement pursuant to a bench warrant issued by a Union County Superior Court judge and has several outstanding state warrants related to motor vehicle violations and domestic violence.

4. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant Mills as required for sentencing.

IT IS, therefore, on this 23rd day of July, 2009,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Mills be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i)(2), that defendant Mills be confined in a corrections facility separate from persons awaiting or serving sentences or being held in custody pending appeal in Essex County; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Mills be afforded reasonable opportunity for private consultations with counsel; and it is further

- 2 -

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Mills shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Mills without bail pending sentencing is hereby granted, and defendant Mills is hereby ordered detained pending sentencing in the above-entitled matter.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge