UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-086 (KSH)**

UNITED STATES OF AMERICA v. **Terrence Mills**
                              Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Terrence Mills**, SBI# **689420B**, DOB: ▇▇▇▇▇▇▇, is now confined in Union County Jail.

2. **Terrence Mills**, SBI# **689420B**, DOB: 10/19/1971, will be required at the United States District Court in Newark, New Jersey on Monday, November 30, 2009, at 3:30 p.m. for a Sentencing before the Honorable Katharine S. Hayden in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  October 19, 2009          /s/  Rodney Villazor
                                  Rodney Villazor
                                  Assistant United States Attorney
                                  Petitioner - (973)645-2823

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 10/19/09

                                  HON. KATHARINE S. HAYDEN
                                  UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Union County Jail.

We Command You that you have the body of **Terrence Mills, SBI# 689420B**, DOB: ▇▇▇▇▇▇▇ (by whatever name called or charged) now confined in Union County Jail brought to the United States District Court in Newark, New Jersey on Monday, November 30, 2009, at 3:30 p.m. for a Sentencing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
        United States District Judge at Newark, N.J.

DATED: 10/19/09

                        WILLIAM T. WALSH
                        Clerk of the U.S. District Court
                        for the District of New Jersey

                        Per: _____
                             Deputy Clerk